ACCO,(SSCx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division − Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:26−cv−05403−RGK−SK

Ella Jacobs v. Instructure, Inc., et al.,
Assigned to: Judge R. Gary Klausner
Referred to: Magistrate Judge Steve Kim
Cause: 28:1332 Diversity−Other Contract

Date Filed: 05/19/2026
Date Terminated: 06/30/2026
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Ella Jacobs**
*on behalf of herself and all others similarly situated*

represented by

**Michael Nourmand**
Nourmand Law Firm APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211
310−553−3600
Fax: 310−553−3603
Email: mnourmand@nourmandlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Alexander De Sario**
Nourmand Law Firm APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211
310−553−3600
Fax: 310−553−3603
Email: jdesario@nourmandlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Instructure, Inc.**
*a Delaware corporation*

represented by

**Bethany Lobo**
Kirkland and Ellis LLP
555 California Street
San Francisco, CA 94104
415−439−1957
Fax: 415−439−1500
Email: bethany.lobo@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 100, inclusive*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/19/2026 | Ï 1 | COMPLAINT Receipt No: ACACDC−42319668 − Fee: $405, filed by Plaintiff Ella Jacobs. (Attorney Michael Nourmand added to party Ella Jacobs(pty:pla))(Nourmand, Michael) (Entered: 05/19/2026) |
| 05/19/2026 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Ella Jacobs. (Nourmand, Michael) (Entered: 05/19/2026) |
| 05/19/2026 | Ï 3 | CERTIFICATE of Interested Parties filed by Plaintiff Ella Jacobs, identifying Instructure, Inc.. (Nourmand, Michael) (Entered: 05/19/2026) |
| 05/19/2026 | Ï 4 | *Summons in a Civil Action* (Nourmand, Michael) (Entered: 05/19/2026) |
| 06/02/2026 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge R. Gary Klausner and Magistrate Judge Steve Kim. (jp) (Entered: 06/02/2026) |
| 06/02/2026 | Ï 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jp) (Entered: 06/02/2026) |
| 06/02/2026 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (jp) (Entered: 06/02/2026) |
| 06/02/2026 | Ï 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Instructure, Inc. (jp) (Entered: 06/02/2026) |
| 06/02/2026 | Ï 9 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge R. Gary Klausner. (jre) (Entered: 06/02/2026) |
| 06/17/2026 | Ï 10 | PROOF OF SERVICE Executed by Plaintiff Ella Jacobs, upon Defendant Instructure, Inc. served on 6/5/2026, answer due 6/26/2026. Service of the Summons and Complaint were executed upon Angelica Bautista (C.T. Corporation System) Agent for Service of Process in compliance with California Code of Civil Procedure by service on a domestic corporation, unincorporated association, or public entitysubstituted service on a domestic corporation, unincorporated association, or public entity (Nourmand, Michael) (Entered: 06/17/2026) |
| 06/24/2026 | Ï 11 | Notice of Appearance or Withdrawal of Counsel: for attorney Bethany Lobo counsel for Defendant Instructure, Inc.. Adding Bethany C. Lobo as counsel of record for Instructure, Inc. for the reason indicated in the G−123 Notice. Filed by Defendant Instructure, Inc.. (Attorney Bethany Lobo added to party Instructure, Inc.(pty:dft))(Lobo, Bethany) (Entered: 06/24/2026) |
| 06/24/2026 | Ï 12 | STIPULATION to Transfer Case to the United States District Court for the District of Utah filed by Defendant Instructure, Inc.. (Attachments: # 1 Proposed Order)(Lobo, Bethany) (Entered: 06/24/2026) |
| 06/30/2026 | Ï 13 | ORDER GRANTING JOINT MOTION TO TRANSFER ACTION TO THE DISTRICT OF UTAH by Judge R. Gary Klausner: Before the Court is the parties Stipulation Transferring Action to the United States District Court for the District of Utah 12 . The Court ORDERS that the Stipulation is APPROVED. This action is transferred to the United States District Court for the District of Utah pursuant to 28 U.S.C. § 1404(a). The Clerk is directed to take all steps necessary to effectuate the transfer. Defendant Instructure shall have no obligation to respond to the complaint and, upon transfer, the parties shall coordinate with the transferee court regarding consolidation with any related actions including scheduling, as necessary. (MD JS−6. Case Terminated.) (Case electronically transferred to USDC Utah on 7/1/2026. (lc) (Entered: 07/01/2026) |